IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASES NO. 5:16cr23-RH/EMT
 5:17cv130-RH/EMT

ANTOINETTE THERESA KNOWLES,

    Defendant.

_____/

## ORDER DISMISSING § 2255 MOTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 135. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The defendant's motion for relief under 28 U.S.C. § 2255 is dismissed without prejudice for lack of jurisdiction." The clerk must close the file.

    SO ORDERED on June 20, 2017.

                                  s/Robert L. Hinkle
                                  United States District Judge